**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 XIAOHUA QU,

10 Plaintiff,                                    No.  C 11-80112 JSW

11 v.                                            **ORDER OF REFERRAL**

12 DEUTSCHE BANK SECURITIES, INC., et al.

13 Defendants.
                                             /
14

15 On May 17, 2011, Deutsche Bank Securities, Inc. filed a motion to compel compliance

16 with a subpoena.  Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY

17 REFERS this matter to a randomly assigned Magistrate Judge for resolution.  If the parties have

18 not received an assignment within fourteen days of the date of this Order, they may contact this

19 Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.  It is FURTHER ORDERED

20 that Deutsche Bank Securities, Inc. shall serve a copy of this Order on all interested parties and

21 shall file proof of such service with the Court.

22 **IT IS SO ORDERED.**

23

24 Dated:  May 19, 2011                          _____

25                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
26

27 cc:    Magistrate Referral Clerk

28